```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06502
    ALFRED BORDEN SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3762


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/19/2008 and was not confirmed.

    The case was dismissed without confirmation 07/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  UNSECURED           502.20           .00           .00
COMMONWEALTH EDISON       UNSECURED           476.19           .00           .00
ALLIED CREDIT CO          UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED          .00           .00
HSBC                      UNSECURED         NOT FILED          .00           .00
ILLINOIS DEPARTMENT OF U  UNSECURED         NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           539.04           .00           .00
FINGERHUT DIRECT MARKETI  UNSECURED           102.72           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,464.00                       294.40
TOM VAUGHN                TRUSTEE                                           25.60
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     320.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     294.40
TRUSTEE COMPENSATION                                25.60
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                      320.00                 320.00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 06502 ALFRED BORDEN SR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE